# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

WILLIAM SCOTT DAVIS, JR.,   :    DIVERSITY ACTION
BOP ID 84944-083,        :    28 U.S.C. § 1332
     Plaintiff,          :
                          :
     v.                    :    CIVIL ACTION NO.
                          :    1:17-CV-729-WSD-CMS
AVA BELL TAYLOR, et al.,      :
     Defendants.        :

## FINAL REPORT AND RECOMMENDATION

I **RECOMMEND** that this *pro se* diversity action be **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 41.2B because the management of this case has been adversely affected by the Plaintiff's failure to provide the Court with a current address, following his release by the Bureau of Prisons three months ago. *See* https://www.bop.gov/ inmateloc/ (last viewed August 16, 2017; searched for BOP ID 84944-083).

I **DIRECT** the Clerk to terminate the referral of this case to me.

**SO RECOMMENDED AND DIRECTED**, this 18th day of August, 2017.


CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE